FILED 19 JAN '22 11:10 USDC-ORE

# UNITED STATES DISTICT COURT DISTRICT 6 OF EUGENE OREGON

6:22-CV-00091-MC

CLASS ACTION COMPLAINT: WHISTLEBLOWING CASE ALLEGING THAT DEFENDANTS OWES SOME OF THE PLAINTIFFS A SUM OF MONEY

| | |
|---|---|
| PATRICK LOUIS HENDERSON ET. ALL<br>3130 KINSROW APT 305<br>EUGENE OREGON 97401 | CHRISTINE HENDERSON<br>3130 KINSROW APT 305<br>EUGENE OREGON 97401 |
| FIRST PLAINTIFF | SECOND PLAINTIFF |
| ANGELA M PEYTON<br>1640 NEWMARK APT 6<br>COOS BAY OREGON 97420 | JASON A HENDERSON<br>3120 KINSROW APT 305<br>EUGENE OREGON 97401 |
| THIRD PALINTIFF | FOURTH PLAINTIFF |

V.

LANE COUNTY SENIOR AND DISIABLED SERVICES

1015 WILLAMETTE STREET

EUGENE OREGON 97401

FIIRST DEFENDANT


OREGON DEPARTMENT OF HUMAN SERVICES



SECOND DEFENDANT

WILL BE REFERED TO AS ODHS IN THIS COMPLAINT

## BASIS FOR JURISDICTION

QUI TAM -WHISTLE BLOWING ON MEDICAID AND MEDICARE FRAUD, PERSONAL INJURY, IBAL SLANDER AND DEFAMATION, ABUSE AND NEGLECT OF A PERSON IN A PROTECTED CLASS, RETALATION, HARASSMENT ILLEGAL COLLECTION OF A MEDICAL OVERPAYEMNT, TAMPERING WITH PAPERWORK,

## THE AMOUNT OF IN CONTROVERSY

THE AMOUNT THE PLAINTIFFS CLAIM THAT THE DEFENDANTS OWE IS MORE TAN 75,000.00 NOT COUNTING INTEREST AND COST OF COURT.

III

## DISCRIPTION THAT BEGAN THE FUED

IN JUNE OF 2009 PATRICK HENDERSON BECAME A RESIDENT AT SISO GROUP HOME IN LANE COUNTY. BY 2011 PATRICK HAD SUSTAINED A STAGE 4 DECUBITUS AND WAS SO GROSSLY OVER CHEMICALLY RESTRAINED BY TELEW MD HE HAD LOST HIS ABILITY TO STAND WALK TALK AND SWALLOW SO HE WAS SUPPRING FROM MALNURISHMENT. OCTOBER OF 2013 PATRICK WAS ADDMITTED TO RIVERBEND HOSPITAL TO HAVE A STAGE 5 DECUBITUS ON HIS RIGHTY HIP REPAIRED BY A PLASTIC SURGION AS THE HOLE WAS OVER 5 INCHES DEEP AND WENT DOWN THROUGH THE FACEAS AND INTO THE BONE. PATRICK WAS IN SUCH MALNURISHED STATE THAT RIVERBEND HOSPITAL DIAGNOSED HIM TERMINALLY ILL AND SAID HE WOULD NEVER MAKE A FULL RECOVERY FROM THE SURGERY. RIVERBEND HOSPITAL WANTED TO ATTACH HOSPICE TO HIM AND LET HIM DIE AND THE GROUP HOME WOULD NOT ALLOW HOSPICE TO COME INT WITH PATRICK AS IT WOULD UPSET THE OTHER CLIENTS IN THE GROUP HOME. SO PLACEMENT IN A PLACE WHERE HE COULD GET HOSPICE TO DIE BECAME AN ISSUE.

AS HIS GUARDAIN AND LITTLE SISTER I WANTED HIM HOME WITH ME. I DID NOT WANT HIM TO BE DYING AROUND STRANGERS. I WANTED TO BRING HIM HOME FOR THE FIRST TIME IN OVER 50 YEARS WITH HOSPICE ATTACHED. IT WAS NOT ALLOWED.

THE OTHER GUARDIAN JANE APLET PATRICKS MOM WANTED PATRICK TO STAY AT THE HOSPITAL UNTIL HE DIED.

BECAUSE THE TWO GUARDAINS COULD NOT AGREE..RIVERBEND HOSPTIAL AND SENIOR AND DISABLED SERVICES DECIDED TO PUT HIM IN RIVERPARK NURSING HOME INSTEAD WITH HOSPICE ATTACHED AFTER HE STAYED 3 FULL WEEKS IN FIVERBEND HOSPITAL AND DID NOT DIE.

CHRISTINE HAD MADE SEVERAL COMPLAINTS ABOUT SISO STAFF NOT HAVING THE PROPER TRAINING TO BE TAKING CARE OF PATRICK'S MEDICAL NEEDS AND ABOUT THE MALNURISHMENT AND NEGLECT PRIIOR TO THE STAGE 4 DECUBITUS AND LIFE THREATENING MALNURISHMENT AND WAS BNEING KEPT FROM HIM TO PREVENT MORE COMPLAINTS WHILE SISO AND LANE COUNTY SENIOR DISABLED SERVICES TRIED TO RECTIFY THE DAMAGE DONE TO HIM AT SISO. WHEN PATRICK WAS ADMITTED INTO THE HOSPITAL CHRISTINE MOVED IN WITH HIM AND STAYED WITH HIM 24/7 FOLLOWING MEDICAL PROTOCOLS TO THE LETTER AND NOT ALLOWING ANYONE ELSE TO FEED HIM AS SCARED HE WOULD ASPIRATE. PATRICK STARTED TO RECOVER UNDER CHRISTINES CARE AND SHE BEGAN QUESTIONING IF THE HOSPITAL HAD NOT MISDIAGNOSED PATRICK TERMINALLY ILL SO SHE REQUESTED FOUR ADDITIONAL MEDICAL OPIINIONS AND WAS TOLD ONLY BY ONE THAT HE THOUGHT PATRICK WAS TERMINALLY ILL. RIVERBEND HOSPITAL KICKED PATRICK OUT OF THE NURSING HOME SAYING

MEDICARE AND MEDICAID WOULDNOT CONTINUE TO PAY FOR HIS STAY AND MOVED HIM TO RIVERPARK NURSING HOME WHERE AFTRE PATRICK WAS FULLY ADMITTED HOPICE FINALLY SHOWED UP. AFTER A BREIF CHAT WITH THE HOSPICE PEOPLE IT WAS FOUND THAT PATRICK DID NOT QUALIFY FOR HOSPICE AND TO PUT HIM ON HOSPICE BOTH GUARDAINS WOULD HAVE TO SIGN AND JANE APLET HAD WENT BACK HOME STATING SHE HAD SAID HER GOOD BYES TO CHRISTINE AND PATRICK AND NEVER WANTED TO SEE EITHER OF THEM AGAIN.

PATRICK REMAINED IN THE NRUSING HOME FROM OCTBER 31 TP JANUARY 28 BEFORE SOME PERSON FROM AN ODHS OFFICE SHOWED UP AND SAID THAT PATRICK COULD NOT REMAIN IN THE NURSING HOME AS HE WAS ADMITTED TO THE NURSING HOME AGAINST A RULE CALLED THE PASSR. PATIFICK JUST HAPPENED TO BE THRIVING IN HIS NEW PLACEMENT CHRISTINE HAD STARTED PROCEEDINGS OF REMOVING MISS APLETS GUARDIANSHIP AND IN PATRICKS BEHALF AS SHE DID NOT ABANDON HIM. SHE VISITED THE NURSING HOME EVERYDAY FOR SEVERAL HOURS SO THEIR STAFF WOULD NOT BE BURDENED WITH TRYING TO PROVIDE SPECIALIZED CARE AND IN THE SAME NURSING HOME RESIDED PATRCIKS AND CHRISTINES FATHER.CHRISTINE DID NOT WANT PATRICK TO LEAVE THIS NEW PLACEMENT AND WHOM EVER WAS HANDLING PATRICKS MEDICAL COVERATE AT LANE COUNTY SENIOR AND DISABLED SERVICES DID AS THEY CLAIMED THEY WERE OUT OF COMPLAINCE.

SEVERAL OREGON ADMINISTRATIVE HEARINGS WERE HELD AND JANE ELEEN FOR THE DEPARTMENT AND THE JUDGE FOR OREGON ADMINISTRATIVE HEARINGS TAMPERED WITH WITNESS S TAMPERED WITH EVIIDENCE AND USED THEIR EMPLOYMENT POSITIONS AND UNDO STRESS THREATS AND HARRASSMENT TO GET PATRICK MOVED BACK INTO THE COMMUNITY IN A GROUP HOME WHILE CHRISTINE DEFENDED TO KEEP HIM AT THE NURSING HOME FOR 18 LONG MONTHS.

LCSDS AND OAH FINALLY DID ENOUGH ILLEGAL ACTS TO HAVE RIVERPARK NURSING HOME KICK PATIRKC OUT USING AN INVOLUNTARY EVICTION FOR NON PAYMENT AS JANE ELLEN CUT OFF HIS MEDICAID AND HIS MEDICARE COVERAGE TO THE NURSING HOME PATRICK WAS MOVED FROM THE NURSING HOME WITHOUT ANY MEDICAL SUPPORTS...NO AIR BED...NO THICK IT SO HE COULD EAT...NO WORKERABLE WHEEL CHAIR NOTHING...AND PLACE INTO SUBSTANDARD CARE IN A BEHAVIORAL HOME NOT A MEDICAL HOME WHICH WAS OREDERED BY LANE COUNTY PROBATE COURT JUDGE HOLLAN. PATRICK RESIDED THERE LESS TWO WEEKS AND HE SUSTAINED A LIFE THREATENING IHEAD INJURY NO ONE SOUGHT MEDICAL TREATMENT FOR FOR 2 DAYS AND HAD THE BEGINNIGS OF BED SORES AGAIN.

CHRISTINE COULD NOT TAKE PATRICK HOME TO LIVE WITH HER AS SHE HAD LOST HER HOUSING DUE TO MR. GREY OF EMERALD PROPERTIES ISSUING A NO CAUSE 45 DAY EVICTION NOTICE AS SHE AND SEVERAL OTHER PEOPLE IN THE COMPLEX WAS BEING STALKED BY TYRONE CECIL WELLS.

CHRISTINE AGAIN DID NOT ABANDON PATRICK AND SHE REMAINED VIGILANT THROUGH EVEYTHING MAKING MULTIPLE PROTECTIVE SERVICE COMPLAINTS ABOUT THE ILLEGAL HARRASSMENT AND ABUSE AND NEGLECT HAPPENING TO PATRICK AS HER GOAL WAS TO GET HOUSED AGAIN AND BRING PATRICK HOME TO LIVE WITH HER AND HAVE AGENCY STAFF COME IN AND DO HIS CARE......BUT SHE HAD TO KEEP HIM ALIVE LONG ENOUGH TO GET HIME HOME!!!!!!!

FIGHTING PATRICK'S MOTHER FOR SOLE GUARDIANSHIP, FIGHTING ODHS AND OAHS, SWITCHING PAYEE STATUS TO HERSELF AND DIRECTING HIS CARE GROUP HOME STAFFING THAT WAS WORKING OUT OF THEIR SCOPE OF PRACTICE AND MAKING PROTACTIVE SERVICE COMPLAINTS SO EYES AND EARS WOULD BE ON PATICK DURING HIS STAY UNTIL CHRISTINE COULD GET HIM HOME WAS SO SO SO STRESSFUL.

## STATEMENT OF CLAIMS

### A

OREGON DEPARTMENT OF HUMAN SERVICES DISCRIMINATES AND SEGRAGATES CLIENTS BASED ON THEIR DISABILITIES. WHICH BREAKS THE DISABILITY ACT WHERE A DISABLED PERSON CAN NOT BE DISCRIMIINATED AGAINST DUE TO THEIR DISABILITY. PATRICK WAS FORCED TO USE LANE COUNTY DEVELOPMENTAL SERVICES AS DHS CLAIMED HE WAS MENTALLY RETARDED. YET, PATRICKS NEEDS ARE ALL MEDICAL NOT BEHAVIORAL AND HE SHOULD HAVE BEEN GETTING SERVICES FROM SENIOR AND DISABLED SERVICES. AFTER 5 YEARS OF BEING HOME IT IS OBVIOUS THAT PATRICK WAS MISSED DIAGNOSED AS HE CAN NOT TALK DUE TO A CRUSHED HYOID BONE BUT HE IS ABLE TO UNDERSTAND AND LEARN ONCE HEARING AIDS HAVE BEEN PROVIDED FOR HIM.

### B

ODHS USES A DIAGNOSTIC TOOL CALLED PASSR TO PREVENT PEROSNS WITH DEVELOPMENTAL DISABILITIES AND MENTAL HEALTH ISSUES FROM RESIDEING IN LONG TERM FACILITIES. THIS TOOL AGAIN SEGRAGATES, DISCRIMINATES, STEERS A PROTECTED CLASS INTO SUBSTANDARD CARE, AND IS UCONSTITUTIONAL AS IT BREAKS EVERY LAW AND ACT EVER WRITTEN INCLUDING THE HOUSING ACT REHABILITATION ACT THE DISABILITY ACT CIVEL RIGHTS AND IT DOES NOT ALLOW THE DISABLED PERSON TO GET MEDICAL SERVICES OF THEIR CHOICE AND IN A STATE AND FEDERALLY FUNDED BIULDING SUCH AS NURSING HOMES.

### C

ODHS AND OREGONA ADMINISTRATIVE HEARINGS OFFICE HARASSED RETALIATED WITNESS TAMPERED, EVEIDENCE TAMPERED, DID NOT GO BY LANE COUNTY PROBATE JUDGE HOLLANDS ORDER AND COMMITTED ILLEGAL ACTS TO HAVE PATRICK REMOVED FROM RIVERPARK NRUSING HOME ILLEGALLY SO THEY COULD BE IN COMPLAINCE WITH THE PASSR RULE.

D

JANE ELLEN WHO WORKS FOR ODHS CONSPIED WITH NURSE ADKINSON TO COMMIT SAMUEL HENDERSON MURDER AS SHE KNEW CHRISTINE WAS USING THE FACT THAT PATRICKS FATHER RESIDED AT THE SAME NURSING HOME AS ONE OF HER PRIME DEGENSES FOR PATRICK TO REMAIN IN THE NRUSING HOME. JANE ELLEN PLANNED THE DEATH OF SAMUEL HENDERSON WITH NURSE ADKINSON THROUGH PHONE CALLS AND WRITTEN CORRESPONDENCE. WHILE ALSO MAKING THREATS TO CHRISTINE THAT IF SHE DID NOT ALLOW PATRICK TO LEAVE THE NURSING HOME SHE WILL WISH SHE HAD.

E

OAH JUDGE TOLD CHRISTINE THAT THERE COULD NOT BE ANY FURTHER DELAYS IN SETTLING THE MATTER NO MATTER WHAT THE CIRCUMSTANCES ARE AND THAT SHE WOULD HAVE TO TAKE PART IN A HEARING W3EATHER SHE WANTED TO OR NOT. NOV 9TH SAMUEL HENDERSON PRONOUNCED DEAD FROM THE ILLEGAL ACTS OF MISS ADKINSON AND MISS ELLEN. COERCED COURT WAS HELD NOV 24TH ILLEGALLY TESTIFIED FOR THE ODHS AND THAN PROMPTLY WROTE A LETTER STATING ALL MEDICAID AND MEDICARE PAYMENTS WERE BEING TURNED OFF TO RIVER PARK NURSING HOME WHICH WAS A DIRECT CONFLICT OF INTEREST.

F

RIVERPARK NURSING HOME THAN PLACED AN INVOLUNTARY EVICTION NOTICE ON PATRICK TO LEAVE THEIR NURSING HOME FOR NON PAYMENT OF INSURANCE FUNDS. ROXY OF THE NURSING HOME HAD TALKED SEVERAL TIMES WITH ODHS AS TO HOW TO REMIDY THE FULLY ADMITTED DEVELOPMENTALLLY DISABLED PERSON TO THEIR NURSING HOME AS THEY TOO WERE SUPPOSEDLY OUR OF COMPLAINCE WITH PASSR RULE...AND AGAIN SHE ACTED AS INSTRUCTED BY ODHS.

G

PATRICK WAS FORCED TO LEAVE THE NURSING HOME AND GO TO A BEHAVIIORAL GROUP HOME INSTEAD OF A MEDICAL GROUP HOME WHICH WAS ORDERED BY HIS DOCTOR AND JUDGE HOLLAND. PATRICK DID NOT HAVE A 10000.00 AIR BED, A WHEEEL CHAIR TAT WORKED, THICK IT, MEDICAL COVERAGE FOR A GROUP HOME V ANINSTITUTION NO DEPENDS...THIS IS GROSS ABUSE AND NEGLECT BY ODHS AND THE NUSING HOME.

H

PARICK SUFFERED LIFE THREATENING HEAD INJURY LESS THAN A WEEK INTO HIS STAY AT THE NEW BEHAVIORAL GROUP HOME AND NO ONE AT THE GROUP HOME SOUGHT OUT MEDICAL ATTENTTION FOR 2 DAYS. THE NUSIGN HOME AND ODHS WOULD NOT ALLOW PATRICK TO MOVE BACK TO THE NRUSING HOME. ILLEGALLY COERSING HIM TO STAY IN SUBSTANDARD CARE THAT DID NOT SUPPORT HIS MEDICAL NEEDS. ABUSE AND NEGLECT OF A PROTECTED CLASS PERSON AS WELL AS ILLEGALLY STERRING.

I

CHRISTINE HAD REPEATEDLY OVER 5 TIMES REQUESTED PERI WILLIAMSON PATRICKS CASE MANAGER BE REMOVED AND A NEW CASE MANAGER ASSIGNED. ODHS WOULD NOT ALLOW THE REQUEST BREAKDING THEIR OWN ADMINISTRATIVE RULES AND CONTRACT WITH CHRISTINE PATRICKS GUARDAIN.

J

CHRISITNE KEPT MAKING PROTECTIVE SERVICE COMPLAINTS AND ODHS RESPONED WITH RETALIATION.

K

ODHS MADE A FRAUDULANT BILL FOR OVER 30 THOUSAND DOLLARS USING CONCULATIONS FROM FOODSTAMP OVERPAYMENTS RATHER THAN OFFSETTING THE FRAUDULANT OVERPAYMENT WITH THE NURSING HOMES ACCOUNTANT AND TRIED COERSING COLLECTION OF THAT DEBT AS PART OF THE RETALIATION FOR CHRISTINE MAKING PROTECTIVE SERVICE COMPLAINTS AND FOR KEEPING PATICK IN THE NURSING HOME UNTIL SHE COULD GET HOUSED AND BRING HIM HOME.

F

PERI WILLIAMSON, JANE ELLEN, AND SEVERAL OTHER ODHS WORKERS HARASSED AND TRIED COERSING PATIRICKS FAMILY AND CHRISTINE PATRICKS SOLE GUARDAIN AND PAYEE INTO PAYING THE ILLEGAL FRAUDULANT DEBT THEY HAD CREATED IN RETALIATION TO PATICK REMAINING AT THE NURING HOME AGAINST PASSR RULE. THREATS, MULTIMPLE NOTICES WERE DELIVERED AND SEVERAL OAH HEARINGS TOOK PLACE WHERE AGA9IN OAH COMMITTED ILLEGAL APPLICATION OF THE LAW AND RULED IN THE DEPARTMENTS FAVOR SAYING SOMEONE MUST PAY THE AMOUNT RATHER THAN OFFSETTING IT.

G

CHRISTINE DEFENDED HERSELF MISS APLET AND MISS PEYTON FROM THE ILLEGAL ACTS BUT ODHS COMMITTED ANOTHER ILLEGAL ACT WITHOUT CHRISTINES KNOWLEDGE. THEY PUT PATRICK IN THE FILING GROUP WHICH IS TOLTALLY ILLEGAL. PATICK CAN NOT TALK READ OR EVEN UNDERSTAND SIMPLE THINGS. ODHS ADMINSTRATIVE RULES STATE DEVELOPMENTALLY DISABLED PERSONS CAN NOT BE PUT IN THE FILING GROUP. ODHS DID IT ANYWAYS AND SERVED PATRICK WITH A WRIT TO GUARNISH HIS SSDI.

H

CHRISITNE AGAIN....BATTLED IT OUT FOR PATRICK NOT TO PAY THIS FRAUDULANT ILLEGAL FOODS STAMP CONCLUATED BILL....SIGHTING SSDA CAN NOT BE GARNISHED FOR MEDICAL BILLS. PATRICK IS A PROTECTED CLASS MEMBER AND SHOULD NOT HAVE BEEN IN THE FILING GROUP. ODHS THAN CAME AFTER HER AND SHE HAD TO STATE THAT THE ACCOUNTANT AT THE NURSING HOME WAS PAYEE AT THE TIME AND SHE WAS NOT SOLE GUARDAIN ALSO AT THAT TIME. OAH JUDGES AGAIN ENFORCED ILLEGAL ACTS OF THE ODHS AND SIGNED THE ORDER THAT PATRICK COULD BE GARNISHED AND IT WAS SENT TO DHS RECOVERY UNIT WEHRE AGAIN.....CHRISTINE DISPUTED MULTIPLE ATTEMPTS TO COLLECT THE FRAUDULATNT DEBET.

I

ODHS HAD THE OAH JUDGE SIGN A GARNISHMENT WARRANT AND SERVED IT TO KEY BANK WHERE PATRICK HAD HIS SSDI SAVINGS ACCOUNT AND TOOK ALL THE MONEY IN THE ACCOUNT. CHRISTINE FILED SUIT AT US DISTRICT COURT AND HAS BEEN TRYING FOR THE LAST 3 YEARS TO GET THE CASE INTO COURT AND THE MONEY TAKEN ILLEGALLY GIVEN BACK WITH INTEREST. ODHS NOT ONLY BROKER MANY OF THEIR ADMINISTRATIVE RULES BUT SOCIAL SECURITIES AS WELL AND NO ONE HAS HELD THEM ACCOUNTABLE.. ODHS EMPLYEES BELIEVE THEY ARE ABOVE THE LAW AND HAVE GOVERNMENT SOVERIENTY AND CAN DO WHAT EVER THEY LIKE EVEN MURDER PEOPLE AND GET AWAYS WITH IT AS NO ONE IS HOLDING THEM ACCOUNTABLE FOR THE ILLEGAL CORRUPT ACTS THEY COMMIT.

J

ALSO DURING THIS TIME...CHRISTINE IS BEING HARRASSED COERSED BY SENIOR AND DISABLED SERVECES REPEATEDLY CHANGING PATRICKS MEDICAL COVCERAGE AND FOODSTAMP ALLOTMENT. MULTIMPLE OAH HEARING S TAKE PLACE AND AGAIN OAH JUDGES SIDE WITH THE ODHS. PATRICKS INCOME NEVER CHANGES....NEITHER DOES HIS PAST MEDICAL HISTORY YET SENOR AND DISABLED SERVICES HAS CHANGED HIS FILE OVER 30 TIMES IN THE LAST 8 YEARS CAUSIGN CHRISTINE MULTIPLE STRESSES AND WASITING HER TIME IN PAPERWORK AND HEARINGS TIME THAT SHOULD BE SPENT ENJOYING HER BROETHER BEING HOME WITH HER AFTER ALL THE YEARS HE SPENT WRONGFULLY IN INSTITUTIONS

K

CHRISTINE GOT HER SSI BENEFITS FEBRUARY 2017 AND OFFICIALLY BECAME A LANE COUNTY SENIONR AND DISABLED SERVICES CLIENT HERSELF.ONCE HER CASE AWAS STARTED SHE STARTED EXPERIENCING THE SAME PROBLEMS AS PATRICK WAS CONTINUAL HARASSMENT AND RETALIATION BY DENYIGN MEDICAL TREATMENT COVERAGE AND MULTIPLE CHANGES IN FOODSTAMPS AND WANTING HER TO REPORT EVERYTHING.

L.

ODHS HAS MANY BRANCHES THAT WORK CLOSE TOGETHER ON VARIOUS THINGS AND IT APPWARS THAT COMPLAINTS MADE ABOUT ONE BRANCH GET BACK TO OTHER BRANCHES WHICH CAUSE MORE RETALITORY BEHAVIORS TO TAKE PLACE.. EX. PPL ILLEGAL TAXATION FOR ODHS OF DIFFICULTY OF CARE PAYMENTS A FORMAL COMPLAINT WAS SUBMITTED AND TWO DAYS LATER A WRIT OF GARNICHMENT SIGNED BY OAH JUDGE WAS SRVED ON CHRISTINE.IT IS UNCLEAR WHERE THE LOCIAL PPL OFFICE IS OR IF SENIIOR AND DISABLED SERVICES ACTUALLY HANDLLE SOME OF THE ODHS ACCOUNTING AS THEY TEND TO SAY ODHS RECOVERY UNIT IS ALSO PART OF SENIOR AND DISABLED SERVICES AS THEY NEED TO BE LOCAIL.WHO KNOWS...FACT ILLEGAL ACTS ARE NOT DONE ALONE SEVERAL PEIOPLE TEND TO TAKE PART TO MAKE THINGS HAPPEN.

M

OSHS TOOK AWAY CHRISTINES FOODSTAMPS ILLEGALLY OVER 2 YEARS AGAO WITH THE HELP OF ILLEGAL ACTS FROM OAH JUDGES. ODHS WENT BACK 2 AND A HLAF YEARS TO TRY AND DEFAME CHRISTINE AND CAUSE A OVERPAYMENT WHICH BREAKS THEIR ADMINISTRATIVE RULE OF BEINGING CLAIMS FORWARD IN A TIMELY MANNER AND THE JUDGES ALLOWED ODHS TO DO THIS ILLEGAL ACT.

O

ODHS WENT BACK OVER 2 AND AHALF YEARS AND MADE SLANDEROUS DEFAMING CLAIMS AGAINST CHRISTINE SAYING SHE HAD NOT CLAIMED PATRICKS SSDI INCOME AS HER OWN AND DUE TO THE COMBINED INCOME CHRISTINE HAD GOTTEN AN OVERPAYMENT.

P

THAT FACT IS PPL AN ACCOUNTING AGENT FOR ODHS IS WAS ILLEGAL TAXING CHRISTINES DIFFICULTY OF CARE PAYMENTS AND ALSO TURNING THE PAYMENTS IN AS EARNED INCOME THIS HAS CAUSED HUGE PROBLEMS IN ALL ASPECTS OF CHRISTINES AND PATRICKS LIFE...HOUSING FOODSTAMPS MEDICAL COVERAGE AND SSDI AND SSI BENEFITS YOU NAME IT.

L

CHRISTINE DID NOT HAVE ANY INCOME FROM NOV15 TO FEB 15 BECAUSE PPL AND LANCE COUNTY DEVELOPMENTAL DISABILITIES WITHHELLD HER DOC PAYMENTS.

M

ODHS SUBMITTED FRAUDULANT DOCUMENTS TO USE IN THE OAH. CLAIMING CHRISTINE HAD INCOME UP IN THE 3 AND 4 THOUSAND RANGE WHEN SHE HAD NOTHING BUT HER SSI. AND THAT GOT STOPPED BREIFLY AFTER ODHS CLAIMED CHRISTINE HAD INCOME SHE WAS NOT CLAIMING. CHRISTINE SHOWED CHECK STUBS AND PROVED SHE HAD NO PAY AND THERE WAS NO OVER PAYMENT AS DOC PAYMENTS AND SSI ARE NON COUNTABLE INCOMES. EXEMPT FROM TAXRS.SO HER SSI WAS TURNED BACK ON.

N

ODHS IS GUILTY OF ABUSE AND NEGLECT OF A DISABLED PERSON AS THEY TOOK HER FOODSTAMPS AWAY ILLEGALLY AND ALSO DID NOT ALLOW FOR PANDEMIC ALLOTMENT TO OCCUR.

O

CHRISTINE HAS REPEATEDLY BATTLED IT OUT TO TRY AND GET HER FOODSTAMPS TURNED BACK ON FOR THE LAST 3 AND A HALF YEAS WITH REPEATED ATTEMPTS TO OF REAPPLYING AND GOING THROUGH OREGON ADMINSTRATIVE HEARINGS. THE NEXT IS JANUARY 26 2022.

P

CHRISTINE BEGAN THE YEAR WITH 5 RETALITORY NOTICES BEING SERVEDON HER STATING HER OHP PLUS WAS TAKEN AWAY. HER SSI WAS TAKEN AWAY AND HER FOODSTAMP APPLICATIONS WAS DENIED AGAIN AGAIN AND AGAIN. THE NOTICE IN 2022 STATED THEY FINALLY GOT TURNED BACK ON BUT...THEY ARE IN THE AMOUNT OF 10 DOLLARS AND THE DEPARTMENT IS TAKING THE 10 DOLLARS FOR THE FRAUDULANT OVERPAYMENT AND THIS IS ONLY FOR THE MONTH OF FEBRUARY.

Q

CHRISTINE CONTACTED HER SSI LAWYER IN WASHINGTON DC AND WAS TOLD TO GET NAMES OF CASE MANAGERS FOR THEM. UPON CALLING SHE WAS TOLD THAT HER SSI WAS NOT TURNED OFF. THAT HER OHP MEDICAL WAS INFORCE AND HER FFODSTAMPS WAS TURNED BACK ON.

R

NEXT SHE GETS A NOTICE FROM THE ODHS REPRESENTATIVE SAYING THE DEPARTMENT IS WITH DRAWING 4 OF THE 6 NOTICES THAT WAS SERVED ON CHRISTINE IN RETALIATION.

S

CHRISTINE HAS FILED TWO WHISTLEBLOWING COMPLAINTS WITH US DISTRCIT COURT. ONE ON PPL AND ODHS. AND THE OTHER ON OREGON ADMINSTRATIVE HEARINGS OFFICE FOR THE ILLEGALS ACTS THATAT THEY HAVE ASSISTED ODHS CARRY OUT AND SHE NOW IS WORKING ON THIS COMPLAINT AND TWO OR MORE OF ODHS BRANCHES AS A RESULT OF THE NON STOP K OZZ THEY ARE CREATING HIN HER LIFE. IT IS HARD ENOUGHTO TAKE CARE OF PATRICK BY HERSELF DURING THE PANDEMIC AND DEC 22 HE BROKE HIS SHOULDER ADDING TO THE BURDEN BUT TO BE CONSTANTLY BOMBARDED BY NON STOP HARASSMENT AND RETALITORY ERROUNNEOUS ILLEGALL ACTS.IS MORALLY AND ETHICALLY WORNG!

RELIEF

A

OREGON DEPARTMENT OF HUMAN SERVICES DISCRIMINATES AND SEGRAGATES CLIENTS BASED ON THEIR DISABILITIES. WHICH BREAKS THE DISABILITY ACT WHERE A DISABLED PERSON CAN NOT BE DISCRIMIINATED AGAINST DUE TO THEIR DISABILITY. PATRICK WAS FORCED TO USE LANE COUNTY DEVELOPMENTAL SERVICES AS DHS CLAIMED HE WAS MENTALLY RETARDED. YET, PATRICKS NEEDS ARE ALL MEDICAL NOT BEHAVIORAL AND HE SHOULD HAVE BEEN GETTING SERVICES FROM SENIOR AND DISABLED SERVICES. AFTER 5 YEARS OF BEING HOME IT IS OBVIOUS THAT PATRICK WAS MISSED DIAGNOSED AS HE CAN NOT TALK DUE TO A CRUSHED HYOID BONE BUT HE IS ABLE TO UNDERSTAND AND LEARN ONCE HEARING AIDS HAVE BEEN PROVIDED FOR HIM AND ALL THE CHEMICAL RESTRAINTS REMOVED BUT HE REMAINS DEVELOPMENTALLY CHALLENGED DUE TO BE INSTITUATIONALIZED ALL HIS LIFE AND NOT GIVEN THE PROPER ENVIRONMENT TO THRIVE. .

REMIDY: AWARD AWARD PATRICK 100,000.00 FOR BEING VICTIMIZED SEGRAGATED, ABANDONED AND MISS DIAGNOSED FOR MOST OF HIS LIFE BY ODHS.

B

ODHS USES A DIAGNOSTIC TOOL CALLED PASSR TO PREVENT PEROSNS WITH DEVELOPMENTAL DISABILITIES AND MENTAL HEALTH ISSUES FROM RESIDEING IN LONG TERM FACILITIES. THIS TOOL AGAIN SEGRAGATES, DISCRIMINATES, STEERS A PROTECTED CLASS INTO SUBSTANDARD CARE, AND IS UCONSTITUTIONAL AS IT BREAKS EVERY LAW AND ACT EVER WRITTEN INCLUDING THE HOUSING ACT REHABILITATION ACT THE DISABILITY ACT CIVEL RIGHTS AND IT DOES NOT ALLOW THE DISABLED PERSON TO GET MEDICAL SERVICES OF THEIR CHOICE AND IN A STATE AND FEDERALLY FUNDED BIULDING SUCH AS NURSING HOMES.

RREMIDY: REMOVE THIS DIAGNOSTIC TOOL FROM EXISTANCE! PAY PATRICK AND CHRISTINE 100,000.00 DOLLARS A PIECE FOR THE TOOL BEING ILLEGALLY USED AND FOR ODHS VILATING THEIR CIVIL RIGHTS AND IMPEDING THEIR RIGHT TO PROPER MEDICAL CARE.

C

ODHS AND OREGON ADMINISTRATIVE HEARINGS OFFICE HARASSED RETALIATED WITNESS TAMPERED, EVEIDENCE TAMPERED, DID NOT GO BY LANE COUNTY PROBATE JUDGE HOLLANDS ORDER AND COMMITTED ILLEGAL ACTS TO HAVE PATRICK REMOVED FROM RIVERPARK NRUSING HOME ILLEGALLY SO THEY COULD BE IN COMPLAINCE WITH THE PASSR RULE.

REMIDY: PAY CHRISTINE AND PATRICK 100,000 DOLLARS FOR THE EMOTIONAL AND MENTAL AND PHYSICAL HARM THAT WERE CAUSED BY THE WRONGFUL ACTS.

D

JANE ELLEN WHO WORKS FOR ODHS CONSPIED WITH NURSE ADKINSON TO COMMIT SAMUEL HENDERSON MURDER AS SHE KNEW CHRISTINE WAS USING THE FACT THAT PATRICKS FATHER RESIDED AT THE SAME NURSING HOME AS ONE OF HER PRIME DEGENSES FOR PATRICK TO REMAIN IN THE NRUSING HOME. JANE ELLEN PLANNED THE DEATH OF SAMUEL HENDERSON WITH NURSE ADKINSON THROUGH PHONE CALLS AND WRITTEN CORRESPONDENCE. WHILE ALSO MAKING THREATS TO CHRISTINE THAT IF SHE DID NOT ALLOW PATRICK TO LEAVE THE NURSING HOME SHE WILL WISH SHE HAD.

REMIDY: JANE ELLEN WORKS FOR THE ODHS AND HAS CHANGED HER NAME TO KEEP FROM BEING ARRESTED FOR WHAT SHE HAD DONE AND GOT CAUSGHT AT IT! JANE ANGELA PATRICK CHRISTINE AND JASON AND TIMOTHY ARE ALL SURVING MEMBERS OF SAMUEL HENDERSONS FAMILY. ORDER ODHS TO PAY 10,000.00 TO ALL SURVIVING FAMILY MEMBERS FOR A GOVERNMENT EMPLOYEES CONSPIRING TO MURDER OF THEIR FAMILY MEMBER.FIND JANE ELLEN AND PUT HER IN PRISON WHERE SHE BELONGS AS SHE ALSO IS EMBEZZLING MEDICAID AND MEDICARE MONIES.

E

OAH JUDGE TOLD CHRISTINE THAT THERE COULD NOT BE ANY FURTHER DELAYS IN SETTLING THE MATTER NO MATTER WHAT THE CIRCUMSTANCES ARE AND THAT SHE WOULD HAVE TO TAKE PART IN A HEARING W3EATHER SHE WANTED TO OR NOT. NOV 9TH SAMUEL HENDERSON PRONOUNCED DEAD FROM THE ILLEGAL ACTS OF MISS ADKINSON AND MISS ELLEN. COERCED COURT WAS HELD NOV 24TH ILLEGALLY TESTIFIED FOR THE ODHS AND THAN PROMPTLY WROTE A LETTER STATING ALL MEDICAID AND MEDICARE PAYMENTS WERE BEING TURNED OFF TO RIVER PARK NURSING HOME WHICH WAS A DIRECT CONFLICT OF INTEREST.

REMIDY: OREDER ODHS TO PAY CHRISTINE 100000 DOLLARS FOR EMOTIONAL DISTRES AND PUT CRIMINAL CHARGES AGAINST JANE ELLEN AND THE PRESIDING OHA JUDGE FOR COERMENT, TAMPERING AND CAUSING HARM TO A PROTECTED CLASS INDIDUAL.

F

RIVERPARK NURSING HOME THAN PLACED AN ILLEGAL INVOLUNTARY EVICTION NOTICE ON PATRICK TO LEAVE THEIR NURSING HOME FOR NON PAYMENT OF INSURANCE FUNDS. ROXY OF THE NURSING HOME HAD TALKED SEVERAL TIMES WITH ODHS AS TO HOW TO REMIDY THE FULLY ADMITTED DEVELOPMENTALLLY DISABLED PERSON TO THEIR NURSING HOME AS THEY TOO WERE SUPPOSEDLY OUR OF COMPLAINCE WITH PASSR RULE...AND AGAIN SHE ACTED AS INSTRUCTED BY ODHS.

REMEDY: PAY CHRISTINE AND PATRICK 100000 DOLLARS FOR THE ILLEGAL BULLYING COERSING AND PLANNED REMOVEL OF PATRICK FROM THE NURSINGHOME.

G

PATRICK WAS FORCED TO LEAVE THE NURSING HOME AND GO TO A BEHAVIIORAL GROUP HOME INSTEAD OF A MEDICAL GROUP HOME WHICH WAS ORDERED BY HIS DOCTOR AND JUDGE HOLLAND. PATRICK DID NOT HAVE A 10000.00 AIR BED, A WHEEEL CHAIR TAT WORKED, THICK IT, MEDICAL COVERAGE FOR A GROUP HOME V ANINSTITUTION NO DEPENDS...THIS IS GROSS ABUSE AND NEGLECT BY ODHS AND THE NUSING HOME.

REMIDY: CJARGE ODHS WITH ABUSE AND NEGLECT OF A PROTECTED PERSON AND PAY CHRISTINE AND PATRICK 100000

H

PARICK SUFFERED LIFE THREATENING HEAD INJURY LESS THAN A WEEK INTO HIS STAY AT THE NEW BEHAVIORAL GROUP HOME AND NO ONE AT THE GROUP HOME SOUGHT OUT MEDICAL ATTENTTION FOR 2 DAYS. THE NUSIGN HOME AND ODHS WOULD NOT ALLOW PATRICK TO MOVE BACK TO THE NRUSING HOME. ILLEGALLY COERSING HIM TO STAY IN SUBSTANDARD CARE THAT DID NOT SUPPORT HIS MEDICAL NEEDS. ABUSE AND NEGLECT OF A PROTECTED CLASS PERSON AS WELL AS ILLEGALLY STERRING.

REMIDY: PAY CHRISTINE AND PATRICK 1000 DOLLARS APEICE FORM EVERY MONTH PATRICK HAD TO STAY AT DUNGARVIN UNTIL CHRISTINE COULD SECURE HOUSING FOR THEM BOTH.....18 MONTHS 72,000 DOLLARS

I

CHRISTINE HAD REPEATEDLY OVER 5 TIMES REQUESTED PERI WILLIAMSON PATRICKS CASE MANAGER BE REMOVED AND A NEW CASE MANAGER ASSIGNED. ODHS WOULD NOT ALLOW THE REQUEST BREAKING THEIR OWN ADMINISTRATIVE RULES AND CAUSING HARM TO COME TO PATRICK AND CHRISTINE.

REMIDY: PAY CHRISTINE AND PATRICK 50,000 DOLLARS

J

CHRISITNE KEPT MAKING PROTECTIVE SERVICE COMPLAINTS AND ODHS RESPONED WITH RETALIATION.

REMIDY: FOR EACH RETALITORY ACT PROVEN 25,000 PAID TO CHRISITNE

K

ODHS MADE A FRAUDULANT BILL FOR OVER 30 THOUSAND DOLLARS USING CONCULATIONS FROM FOODSTAMP OVERPAYMENTS RATHER THAN OFFSETTING THE FRAUDULANT OVERPAYMENT WITH THE NURSING HOMES ACCOUNTANT AND TRIED COERSING COLLECTION OF THAT DEBT AS PART OF THE RETALIATION FOR CHRISTINE MAKING PROTECTIVE SERVICE COMPLAINTS AND FOR KEEPING PATICK IN THE NURSING HOME UNTIL SHE COULD GET HOUSED AND BRING PATRICK HOME.

REMIDY: PAY CHRISTINE AND PATRICK 3 TIMES THE AMOUNT OF THE FRAUDULANT BILL THEY TRIED TO COLLECT PLIS INTEREST. PAY CHRISTINE FOR HER TIME AND SERVICES DISPUTING THE ILLEGAL FRAUDULANT BILL REASONABLE LAWYER FEES.

F

PERI WILLIAMSON, JANE ELLEN, AND SEVERAL OTHER ODHS WORKERS HARASSED AND TRIED COERSING PATIRICKS FAMILY AND CHRISTINE PATRICKS SOLE GUARDAIN AND PAYEE INTO PAYING THE ILLEGAL FRAUDULANT DEBT THEY HAD CREATED IN RETALIATION TO PATICK REMAINING AT THE NURING HOME AGAINST PASSR RULE. THREATS, MULTIMPLE NOTICES WERE DELIVERED AND SEVERAL OAH HEARINGS TOOK PLACE WHERE AGA9IN OAH COMMITTED ILLEGAL APPLICATION OF THE LAW AND RULED IN THE DEPARTMENTS FAVOR SAYING SOMEONE MUST PAY THE AMOUNT RATHER THAN OFFSETTING IT.

REMIDY: VIOLENCE HAS NO PLACE IN A GOVERNMENT ORGANIZATION RELEASE PEOPLE WHO HAVE CAUSED PHYSICAL AND MENTAL HARM FROM THEIR EMPLOYNMENT. PAY CHRISTINE AND PATRICK 25000 FOR EACH RETALITORY ACT PROVEN

G

CHRISTINE DEFENDED HERSELF MISS APLET AND MISS PEYTON FROM THE ILLEGAL ACTS BUT ODHS COMMITTED ANOTHER ILLEGAL ACT WITHOUT CHRISTINES KNOWLEDGE. THEY PUT PATRICK IN THE FILING GROUP WHICH IS TOLTALLY ILLEGAL. PATICK CAN NOT TALK READ OR EVEN UNDERSTAND SIMPLE THINGS. ODHS ADMINSTRATIVE RULES STATE DEVELOPMENTALLY DISABLED PERSONS CAN NOT BE PUT IN THE FILING GROUP. ODHS DID IT ANYWAYS AND SERVED PATRICK WITH A WRIT TO GUARNISH HIS SSDI.

REMIDY: PAY CHRISTINE AND PATRICK 100000 DOLLARS FOR THE ILLEGAL ACT OF EXLOITING A PROTECTED PERSON IN A MEDICAL OVERPAYMENT BETWEEN A NURSINGHOME AND ODHS.

H

CHRISITNE AGAIN....BATTLED IT OUT FOR PATRICK NOT TO PAY THIS FRAUDULANT ILLEGAL FOODS STAMP CONCLUATED BILL....SIGHTING SSDA CAN NOT BE GARNISHED FOR MEDICAL BILLS. PATRICK IS A PROTECTED CLASS MEMBER AND SHOULD NOT HAVE BEEN IN THE FILING GROUP. ODHS THAN CAME AFTER HER AND SHE HAD TO STATE THAT THE ACCOUNTANT AT THE NURSING HOME WAS PAYEE AT THE TIME AND SHE WAS NOT SOLE GUARDAIN ALSO AT THAT TIME. OAH JUDGES AGAIN ENFORCED ILLEGAL ACTS OF THE ODHS AND SIGNED THE ORDER THAT PATRICK COULD BE GARNISHED AND IT WAS SENT TO DHS RECOVERY UNIT WEHRE AGAIN......CHRISTINE DISPUTED MULTIPLE ATTEMPTS TO COLLECT THE FRAUDULATNT DEBT.

REMIDY: CHJRISTINE BE AWARDED REASONABLE LAWYER FEES AND AWARD EMOTIONAL PAIN AND SUFFERING DUE TO THE CONSTANT HARASSMENT AND COERSOIN TACTICS THAT WAS BEING USED.

I

ODHS HAD THE OAH JUDGE SIGN A GARNISHMENT WARRANT AND SERVED IT TO KEY BANK WHERE PATRICK HAD HIS SSDI SAVINGS ACCOUNT AND TOOK ALL THE MONEY IN THE ACCOUNT. CHRISTINE FILED SUIT AT US DISTRICT COURT AND HAS BEEN TRYING FOR THE LAST 3 YEARS TO GET THE CASE INTO COURT AND THE MONEY TAKEN ILLEGALLY GIVEN BACK WITH INTEREST. ODHS NOT ONLY BROKER MANY OF THEIR ADMINISTRATIVE RULES BUT SOCIAL SECURITIES AS WELL AND NO ONE HAS HELD THEM ACCOUNTABLE.. ODHS EMPLYEES BELIEVE THEY ARE ABOVE THE LAW AND HAVE GOVERNMENT SOVERIENTY AND CAN DO WHAT EVER THEY LIKE EVEN MURDER PEOPLE AND GET AWAYS WITH IT AS NO ONE IS HOLDING THEM ACCOUNTABLE FOR THE ILLEGAL CORRUPT ACTS THEY COMMIT.

REMIDY:RETURN 3 TIMES THE AMOUNT OF MONEY PLUS INTEREST THAT WAS MONEY GRANISHED OUT OF PATRICKS ACOOUNT ILLEGALLY. OAH IS BEING DEALT WITH IN A SEPARATE WHISTLE BLOWING COMPLAINT. ODHS SHOULD BE HELD ACOOUNTABLE FOR BREAKING SOCIAL SECURITY LAW AND SHOULD PAY CHRISTINE AND PATICK 50000 FOR INTENTIONALLY DOING SO KNOWING SOCIAL SECURITY OFFICE AND COURTS WOULD NOT STOP THEM FROM GRANIISHING.

J

ALSO DURING THIS TIME...CHRISTINE IS BEING HARRASSED COERSED BY SENIOR AND DISABLED SERVECES REPEATEDLY CHANGING PATRICKS MEDICAL COVCERAGE AND FOODSTAMP ALLOTMENT. MULTIMPLE OAH HEARING S TAKE PLACE AND AGAIN OAH JUDGES SIDE WITH THE ODHS. PATRICKS INCOME NEVER CHANGES....NEITHER DOES HIS PAST MEDICAL HISTORY YET SENOR AND DISABLED SERVICES HAS CHANGED HIS FILE OVER 30 TIMES IN THE LAST 8 YEARS CAUSING CHRISTINE MULTIPLE STRESSES AND WASITING HER TIME IN PAPERWORK AND HEARINGS TIME THAT SHOULD BE SPENT ENJOYING HER BROETHER BEING HOME WITH HER AFTER ALL THE YEARS HE SPENT WRONGFULLY IN INSTITUTIONS

REMIDY: CHRISTINE BE PAID 50000 DOLLARS FOR REASONABLE LAWYER FEES AND ADVOCATION AND VILATION OF HER TIME SHE COULD HAVE SPENT WITH HER BROTHER.

K

CHRISTINE GOT HER SSI BENEFITS FEBRUARY 2017 AND OFFICIALLY BECAME A LANE COUNTY SENIONR AND DISABLED SERVICES CLIENT HERSELF.ONCE HER CASE AWAS STARTED SHE STARTED EXPERIENCING THE SAME PROBLEMS AS PATRICK WAS CONTINUAL HARASSMENT AND RETALIATION BY DENYIGN MEDICAL TREATMENT COVERAGE AND MULTIPLE CHANGES IN FOODSTAMPS AND WANTING HER TO REPORT EVERYTHING.

REMIDY: PAY CHRISTINE 25000 FOR EACH YEAR SHE HAS SUFFERED REPEATED UNWANTED HARASSSMENT FROM ODHS OVER MEDICAL AND FOODSTAMPS.

L.

ODHS HAS MANY BRANCHES THAT WORK CLOSE TOGETHER ON VARIOUS THINGS AND IT APPWARS THAT COMPLAINTS MADE ABOUT ONE BRANCH GET BACK TO OTHER BRANCHES WHICH CAUSE MORE RETALITORY BEHAVIORS TO TAKE PLACE.. EX. PPL ILLEGAL TAXATION FOR ODHS OF DIFFICULTY OF CARE PAYMENTS A FORMAL COMPLAINT WAS SUBMITTED AND TWO DAYS LATER A WRIT OF GARNICHMENT SIGNED BY OAH JUDGE WAS SRVED ON CHRISTINE.IT IS UNCLEAR WHERE THE LOCIAL PPL OFFICE IS OR IF SENIIOR AND DISABLED SERVICES ACTUALLY HANDLLE SOME OF THE ODHS ACCOUNTING AS THEY TEND TO SAY ODHS RECOVERY UNIT IS ALSO PART OF SENIOR AND DISABLED SERVICES AS THEY NEED TO BE LOCAIL.WHO KNOWS...FACT ILLEGAL ACTS ARE NOT DONE ALONE SEVERAL PEIOPLE TEND TO TAKE PART TO MAKE THINGS HAPPEN.

REMIDY: PAY 100000 FOR EACH ILLEGAL PREJUDICE ACTS THE ODHS HAS MADE OTHER BRANCHES JOIN IN ON.

M

OSHS TOOK AWAY CHRISTINES FOODSTAMPS ILLEGALLY OVER 2 YEARS AGAO WITH THE HELP OF ILLEGAL ACTS FROM OAH JUDGES. ODHS WENT BACK 2 AND A HALF YEARS TO TRY AND DEFAME CHRISTINE AND CAUSE AN OVERPAYMENT WHICH BREAKS THEIR ADMINISTRATIVE RULE OF BEINGING CLAIMS FORWARD IN A TIMELY MANNER AND THE JUDGES ALLOWED ODHS TO DO THIS ILLEGAL ACT.

REMIDY:PAY CHRISTINE 50000 DOLLARS FOR THEIR RETALITORY ATTEMPT AND 100000 FOR EACH YEAR THEY WENT BACK TO MAKE THE FRAUDULANT CLAIM.

O

ODHS WENT BACK OVER 2 AND A HALF YEARS AND MADE SLANDEROUS DEFAMING CLAIMS AGAINST CHRISTINE SAYING SHE HAD NOT CLAIMED PATRICKS SSDI INCOME AS HER OWN AND DUE TO THE COMBINED INCOME CHRISTINE HAD GOTTEN AN OVERPAYMENT.

REMIDY: PAY 10,000 FOR EACH WRITTEN FALSE CLAIM THEY MADE ABOUT CHRISTINE AND HER INCOME.

P

THAT FACT IS PPL AN ACCOUNTING AGENT FOR ODHS IS WAS ILLEGAL TAXING CHRISTINES DIFFICULTY OF CARE PAYMENTS AND ALSO TURNING THE PAYMENTS IN AS EARNED INCOME THIS HAS CAUSED HUGE PROBLEMS IN ALL ASPECTS OF CHRISTINES AND PATRICKS LIFE...HOUSING FOODSTAMPS MEDICAL COVERAGE AND SSDI AND SSI BENEFITS YOU NAME IT.

REMIDY: PAY CHRISTINE 50,000 DOLLARS FOR EACH YEAR SHE HAS ENDURED THE ILLEGAL ACTS...5 SO FAR...ORDER THE RETURN OF THE TAXESTAKEN ILLEGALLY TIMES 3 WITH INTEREST ADDED ON. PAY CHRISTINE FOR EMOTIONAL SUFFERING AND HER TIME ADVOCATING ACTING AS A LAWYER SUBMITTING DOCUMENTS TO PROVE WHAT PPL IS DOING IS ILLEGAL AND HARMING HER.

L

CHRISTINE DID NOT HAVE ANY INCOME FROM NOV 15 TO FEB 15 BECAUSE PPL AND LANE COUNTY DEVELOPMENTAL DISABILITIES WITHHELLD HER DOC PAYMENTS AND THE SUBMITTED FRAUDULANT AMOUNTS OF INCOME THAT DOES NOT MATCH CHRISTINES DOC PAYMENT STUBS.

REMIDY: CHARGE ODHS WITH FALSE CLAIM AND PAY CHRISTINE 25.000 FOR THE DEFAMTION AND SLANDER.

M

ODHS SUBMITTED FRAUDULANT DOCUMENTS TO USE IN THE OAH. CLAIMING CHRISTINE HAD INCOME UP IN THE 3 AND 4 THOUSAND RANGE WHEN SHE HAD NOTHING BUT HER SSI. AND THAT GOT STOPPED BREIFLY AFTER ODHS CLAIMED CHRISTINE HAD INCOME SHE WAS NOT CLAIMING. CHRISTINE SHOWED CHECK STUBS AND PROVED SHE HAD NO PAY AND THERE WAS NO OVER PAYMENT AS DOC PAYMENTS AND SSI ARE NON COUNTABLE INCOMES. EXEMPT FROM TAXRS.SO HER SSI WAS TURNED BACK ON.

REMIDY: OHDS SHOULD PAY CRISTINE 500000 FOR EVIDENCE TAMEPRING AND ILLEGAL FRAUDULANT REPORTING TO A THIRD AGENCY.

N

ODHS IS GUILTY OF ABUSE AND NEGLECT OF A DISABLED PERSON AS THEY TOOK HER FOODSTAMPS AWAY ILLEGALLY AND ALSO DID NOT ALLOW FOR PANDEMIC ALLOTMENT TO OCCUR.

REMIDY: CHARGE ODHS WITH ABUSE AND NEGLECT OF DISABLED PERSON AND THEY ALSO DID NOT ALLOW PANDEMIC ALLOWANCES TO OCRRURE.

O

CHRISTINE HAS REPEATEDLY BATTLED IT OUT TO TRY AND GET HER FOODSTAMPS TURNED BACK ON FOR THE LAST 3 AND A HALF YEAS WITH REPEATED ATTEMPTS TO OF REAPPLYING AND GOING THROUGH OREGON ADMINSTRATIVE HEARINGS. THE NEXT IS JANUARY 26 2022.

REMIDY: CHRISTINE SHOULD GET PAID FOR ALL THE TIME SHE SPENT FILLIGN OUT PAPERWORK SUBMITTING THAN DEFENDING THEM IN OAHS REASONABLE LAWYER FEESMAND ADVOCATION FEES.

P

CHRISTINE BEGAN THE YEAR 2022 WITH 5 RETALITORY NOTICES BEING SERVED ON HER STATING HER OHP PLUS WAS TAKEN AWAY. HER SSI WAS TAKEN AWAY AND HER FOODSTAMP APPLICATIONS WAS DENIED AGAIN AGAIN AND AGAIN. THE NOTICE IN 2022 STATED THEY FINALLY GOT TURNED BACK ON BUT...THEY ARE IN THE AMOUNT OF 10 DOLLARS AND THE DEPARTMENT IS TAKING THE 10 DOLLARS FOR THE FRAUDULANT OVERPAYMENT AND THIS IS ONLY FOR THE MONTH OF FEBRUARY.

REMIDY: FOR EACH RELTALITORY NOTICE 25,000 DOLLARS! FOR CHRISTINES TIME AND EMOTIONAL STRESS DEALING WITH THESENOTICES AND NOW GOING TO ANOTHER OAH THAT MOST LIKELY BE RAN ILLEGALLY PREJUDICE IN THE DEPARTMENTS FAVOR CHRISTINE SHOULD GET 500000

Q

CHRISTINE CONTACTED HER SSI LAWYER IN WASHINGTON DC AND WAS TOLD TO GET NAMES OF CASE MANAGERS FOR THEM. UPON CALLING SHE WAS TOLD THAT HER SSI WAS NOT TURNED OFF. THAT HER OHP MEDICAL WAS INFORCE AND HER FFODSTAMPS WAS TURNED BACK ON.

REMIDY: FOR THE TIME AND STRESS OF CONTACTING A LAWYER TO STRAIGHTEN OUT THE MESS 25000.

R

NEXT SHE GETS A NOTICE FROM THE ODHS REPRESENTATIVE SAYING THE DEPARTMENT IS WITH DRAWING 4 OF THE 6 NOTICES THAT WAS SERVED ON CHRISTINE IN RETALIATION BUT SHE HAD ALREADY MADE THEM PART OF THE RECORD IN TWO SEPARATE CASES SO SHE HAD TO SEND AN OBJECTION TO THE REMOVAL.

CHRISTINE IS CONTINUALLY HAVING TO AT AS A LAWYER/ADVOCATE AND STAND UP FOR HER AND PATRICKS CIVIL RIGHTS AS WELL AS KEEP THOSE WHO COMMIT ILLEGAL ACTS ACCOUNTATBLE THROUGH MAKING COMPLAINTS TO THE US DISTRICT COURT. CHRISITNE SHOULD BE PAID 25000 FOR HER SERVICES.

S

CHRISTINE HAS FILED TWO WHISTLEBLOWING COMPLAINTS WITH US DISTRCIT COURT. ONE ON PPL AND ODHS. AND THE OTHER ON OREGON ADMINSTRATIVE HEARINGS OFFICE FOR THE ILLEGALS ACTS THATAT THEY HAVE ASSISTED ODHS CARRY OUT AND SHE NOW IS WORKING ON THIS COMPLAINT AND TWO OR MORE OF ODHS BRANCHES AS A RESULT OF THE NON STOP K OZZ THEY ARE CREATING IN HER LIFE. IT IS HARD ENOUGHTO TAKE CARE OF PATRICK BY HERSELF DURING THE PANDEMIC AND DEC 22 HE BROKE HIS SHOULDER ADDING TO THE BURDEN BUT TO BE CONSTANTLY BOMBARDED BY NON STOP HARASSMENT AND RETALITORY ERROUNNEOUS ILLEGALL ACTS.IS MORALLY AND ETHICALLY WORNG

CHRISITNE SHOULD BE PAID 100000 FOR HER UDO STRESS AND SERVICES OF WHISTLE BLOWING ON ILLEGAL ACTS COMMITED BY GOVERNEMNT EMPLOYEES AGAISNT CONSUMERS.

T

ODHS FAILS TO ACCOMMODATE PEOPLE WITH DISABILTIESAS CHRISTINE WAS IN A REALLY BAD WRECK AND HAD LET EVERYONE OKNOW SHE HAD SUSTAAINED BRAIN INJURY AND WAS NOT QUITE HERSELF DUE TO THIS AND ODHS IGNORED HER REQUEST FOR ACCOMMODATIONS.

FOR NOT SUPPLYING REASONABLE ACCOMODATIONS ODHS SHOULD PAY 2500 DOLLARS.

### CERTIFICATION AND CLOSING

UNDER FREDERL RULE OF CIVIL PPROCEDURE 11, BY SIGINGING BELOW, I CERTIFY TO THE BEST OF MY KOWLEDGE, INFORMATION BELIEF THAT THIS COMPALINT (1) IS NOT BEING PRESENTED FOR AN IMPROPER PURPOSE, SUCH AS TO HARASS CUASE UNNECESSARY DELAY, OR NEELESSLY INCREASE THE COST OF LITIGATION (2) IS SUPPORTED BY EXISTING LAW OR BY A NONFIRVOLOUS ARGUMENT FOR EXTENDING, MODIFYING, OR REVERSING EXISTING LAW (3) THE FACTUAL CONENTIONS HAVE EVIDENTIARY SUPPOR OR IF SPECIFICALLY SO IDENTIFIED WILL LIKELY HAVE EVIDENCIARY SUPPORT AFTER REASONABLE OPPORTUNITY FOR FURTHER INVESTIGATION OR DISCOVERY AND (4) THE COMPLAINT OTHERWISE COMPLIES WITH THE REQUIREMTNS OF RULE 11

DATED
1-17-22

*[signature]*

SIGNATURE OF REPRESENTATIVE FOR PLAINTIFFS CHRISTNE HENDERSON